1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        E-mail:    Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,        No. 2:25-mj-03506-DUTY

           Plaintiff,                MOTION TO DISMISS COMPLAINT
                                     WITHOUT PREJUDICE AGAINST
           v.                        DEFENDANT PURSUANT TO FEDERAL RULE
                                     OF CRIMINAL PROCEDURE 48(a)
   BRAYAN RAMOS-BRITO,
      aka, "Brian Ramos-Brito,"

           Defendant.

       The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant Brayan Ramos-Brito without prejudice.

       The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d

1

459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendant Brayan Ramos-Brito pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 18, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA