BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3183
    Facsimile: (213) 894-0142
    E-mail:   Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
**CLERK, U.S. DISTRICT COURT**

June 18, 2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CLD_____ **DEPUTY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>BRAYAN RAMOS-BRITO,<br>   aka, "Brian Ramos-Brito,"<br><br>      Defendant. | No. 2:25-mj-03506-DUTY<br><br>ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendant Brayan Ramos-Brito.  The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Brayan Ramos-Brito in the interests of justice.

IT IS SO ORDERED.


June 18, 2025
 DATE

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE


Presented by:

_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney