BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section

    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3183
    Facsimile: (213) 894-0142
    E-mail:   Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
June 18, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLD____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MANUEL MOJICA,<br><br>    Defendant. | No. 2:25-mj-03506-DUTY<br><br>ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendant Jose Manuel Mojica. The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Jose Manuel Mojica in the interests of justice. Defendant Jose Manuel Mojica's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

June 18, 2025
DATE

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
JOSHUA J. LEE
Assistant United States Attorney