```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOSHUA J. LEE (Cal. Bar No. 318332)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3183
 7       Facsimile: (213) 894-0142
         E-mail:    Joshua.Lee2@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03506-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ASHLEY RODRIGUEZ, and JOCELINE RODRIGUEZ, | |
| Defendants. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendants Ashley Rodriguez and Joceline Rodriguez without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they

1

are not opposed by the defense. United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendants Ashley Rodriguez and Joceline Rodriguez pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 23, 2025　　　　　　　　Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


　　　　　　　　　　　　　　　　　　　　　/s/
JOSHUA J. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA